Case 1:25-mj-00140-GMH    Document 1-1    Filed

Case: 1:25-mj-00140
Assigned To : Harvey, G, Michael
Assign. Date : 8/14/2025
Description: COMPLAINT W/ARREST WARRANT

## STATEMENT OF OFFENSE

On August 11th, 2025, at approximately 5:40 p.m., your affiant and other Metropolitan Police Department ("MPD") members responded to the area of 1st Street Northeast and Riggs Road Northeast in Washington, D.C. in response to a request from D.C. Fire & Medical Services ("DCFEMS"). W-1, a DCFEMS employee told police that DCFEMS responded to 1st Street Northeast and Riggs Road Northeast for the report of a person, later identified as Luther Bullock ("BULLOCK"), who was injured after falling off a scooter. While W-1 was providing medical assistance to BULLOCK, W-1 observed a black handgun fall off BULLOCK's person and land on the sidewalk. W-1 picked up the handgun and rendered it safe. W-2, another DCFEMS employee, then picked up a single round of ammunition which had fallen from the chamber while W-1 was rendering the firearm safe. The DCFEMS employees stored the firearm and ammunition in a fire truck until MPD officers arrived.

A Department of Forensic Sciences employee responded to the scene and recovered the firearm. The recovered firearm is a weapon which will or is designed to or may readily be converted to expel a projectile by the action of an explosive. Specifically, the firearm was a .40 caliber Glock 27 with serial number BPKE131, with a 13-round-capacity magazine which contained 12 rounds.

Bullock provided his name to DCFEMS, and his identity was confirmed through a law enforcement database as Luther Bullock, DOB XX/XX/XXXX.

There are no firearm or ammunition manufacturers in the District of Columbia. Therefore, the firearm and ammunition described above necessarily traveled in interstate commerce before it was recovered in the District of Columbia.

Your affiant confirmed that Bullock did not have a valid license to carry a pistol or to possess ammunition in the District of Columbia.

At the time of this offense, Bullock had been convicted in Case Number 2015 CF3 9974 of Attempt to Commit Robbery, which a crime punishable by a term of imprisonment of greater than one year.

As such, your affiant submits that probable cause exists to charge Luther Bullock, DOB XX/XX/XXXX, with a violation of 18 U.S.C. § 922(g)(1), which makes it a crime for a convicted felon to possess a firearm and ammunition.

                                        Respectfully submitted,

                                        _____

                                        Jeremy Brady
                                        Sergeant, Badge #S-546
                                        Metropolitan Police Department

Subscribed and sworn by telephone pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on August 14, 2025.

_____
   HONORABLE G. MICHAEL HARVEY
 UNITED STATES MAGISTRATE JUDGE