AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

**RECEIVED**
By USMS District of Columbia District Court at 12:58 pm, Aug 14, 2025

United States of America
v.
Luther Bullock Jr.

*Defendant*

)
)
)
)
)
)
)

Case: 1:25-mj-00140
Assigned To : Harvey, G, Michael
Assign. Date : 8/14/2025
Description: COMPLAINT W/ARREST WARRANT

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Luther Bullock Jr.,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1)   (Unlawful Possession of a Firearm and Ammunition By a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year)

Date: 08/14/2025

*Issuing officer's signature*

City and state:   Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 8/14/2025, and the person was arrested on *(date)* 8/15/2025
at *(city and state)* Washington D.C.

Date: 8/15/2025

*Arresting officer's signature*

K. McBride                    DUSM
*Printed name and title*